

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00227-CV

Kevin **HEADY**,
Appellant

v.

Julieta Fuentes **HEADY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-06-37527-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Kevin Heady.

SIGNED January 31, 2024.

_____
Irene Rios, Justice